## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
    v. )
)     Criminal Action No. _25-09-UNA_
CARNELL RAGAN, )
)
    Defendant. )

**FILED**
FEB - 3 2025
US DISTRICT COURT
DISTRICT OF DELAWARE

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about the date set forth below, in the Eastern District of Pennsylvania, the defendant, **CARNELL RAGAN**, a resident of Philadelphia, Pennsylvania, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of an Employer's Quarterly Federal Tax Return, Form 941, for the period stated below. The return was false and fraudulent as to one or more material matters, in that the return falsely asserted that the business reported on the return was entitled to receive more COVID-Related Tax Credits than it was actually entitled to receive, among other false items.

| Count | Associated Business | Tax Period | Approx. Date Received by IRS | Form 941 False Items |
|-------|--------------------|-----------|------------------------------|----------------------|
| 1 | DELAWARE BUSINESS 1 | 2020 Q4 | 12/3/2022 | i. Line 1, number of employees<br>ii. Line 2, wages, tips, and other compensation<br>iii. Line 13e, total deposits, deferrals, and refundable credits<br>iv. Line 15, overpayment |

All in violation of 26 U.S.C. § 7206(2).

SHANNON T. HANSON
Acting, United States Attorney

BY:    Jesse S. Wenger
       Assistant United States Attorney

Dated:  February 3, 2025

2